UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GUARDIAN LIFE INSURANCE  CIVIL ACTION
COMPANY OF AMERICA

VERSUS

CARRIE JOYCE WINDING, ET AL.  NO.: 13-00588-BAJ-RLB

ORDER

Before the Court is **Guardian Life Insurance Company of America's Motion for Preliminary Injunctive Relief (Doc. 10)**, seeking an order from this Court prohibiting Defendants Carrie Joyce Winding, Jane Hayes, and SCI, Inc. (collectively "Defendants") from instituting or prosecuting any proceeding against Plaintiff Guardian Life Insurance Company of America ("Guardian") for payment of the death benefits payable under Guardian annuity policy number 0542343.

On December 9, 2013, the Court held a telephone conference with counsel for Guardian and Defendant Jane Hayes ("Hayes").[1] During the telephone conference, counsel for Hayes informed the Court that he does not oppose the motion for preliminary injunction.[2] Upon review of the motion, the Court also finds that

---

[1] On November 18, 2013, the Clerk of Court granted Guardian's motions for entry of default against Defendants Carrie Joyce Winding and SCI, Inc. (Docs. 16, 17, 18, 19.)

[2] The Court further notes that no memorandum in opposition was filed in response to the instant motion.

Guardian has met the elements required for the issuance of a preliminary injunction. *See Ridgely v. FEMA*, 512 F.3d 727, 734 (5th Cir. 2008); *see also* Fed.R.Civ.P. 65.

Accordingly,

**IT IS ORDERED** that **Guardian Life Insurance Company of America's Motion for Preliminary Injunctive Relief (Doc. 10)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Carrie Joyce Winding, Jane Hayes, and SCI, Inc. are **ENJOINED** from filing any action against Plaintiff Guardian Life Insurance Company of America related to the payment of death benefits payable under annuity policy number 0542343, insuring the life of Will C. Hall, until otherwise notified by this Court.

Baton Rouge, Louisiana, this 9th day of December, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA