UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GUARDIAN LIFE INSURANCE COMPANY OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | |
| **CARRIE JOYCE WINDING, ET AL.** | **NO.: 13-00588-BAJ-RLB** |

## ORDER

A review of the record reveals that Defendants Carrie Joyce Winding and SCI, Inc. have failed to file responsive pleadings, as required by Federal Rule of Civil Procedure 12. Accordingly, the Clerk of Court issued defaults against both Defendants. *See* Docs. 18, 19. Since that time, Defendants have not attempted to file responsive pleadings or a response to the Clerk of Court's entry of default; nor did Defendants file an opposition to Plaintiff's Motion for Default Judgment. *See* Doc. 23.

Accordingly,

**IT IS ORDERED** that Plaintiff **Guardian Life Insurance Company of America's Motion for Default Judgment Against Carrie Joyce Winding and SCI, Inc. (Doc. 23) is GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGEMENT** is rendered against Defendants Carrie Joyce Winding and SCI, Inc. and in favor of Plaintiff Guardian Life Insurance Company of America, pursuant to Federal Rule of Civil Procedure 55(b).

**IT IS FURTHER ORDERED** that Defendants Carrie Joyce Winding and SCI, Inc. are permanently **ENJOINED** from instituting or prosecuting any proceeding against Plaintiff Guardian Life Insurance Company of America for payment of the death benefits payable under Guardian annuity policy number 0542343, insuring the life of Will C. Hall.

Baton Rouge, Louisiana, this 11th day of August, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**